IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) Chapter 11<br>)<br>**NORTHWESTERN CORPORATION,** ) Case No. 03-12872 (JLP)<br>)<br>)<br>Reorganized Debtor. )<br>)<br>) | |

**NOTICE OF DEBTOR'S MOTION TO WITHDRAW REFERENCE
PURSUANT TO 28 U.S.C § 157(b)(5)**

PLEASE TAKE NOTICE, that upon the accompanying motion (the "Motion"), NorthWestern Corporation (the "Debtor") will move the United States District Court for the District of Delaware, at 844 North King Street, Wilmington, Delaware, at a date and time to be determined, for an order withdrawing the reference from the Bankruptcy Court, the determination of the Debtor's Sixteenth Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 [Personal Injury / Wrongful Death Claims – Substantive]. The grounds for the Motion are that withdrawal of the reference is mandatory under 28 U.S.C. § 157(b)(5).

Dated: January 31, 2005

          NORTHWESTERN CORPORATION

          By its attorneys,

          GREENBERG TRAURIG, LLP N

          By:  /s/ William E. Chipman
          Scott D. Cousins (No. 3079)
          William E. Chipman, Jr. (No. 3818)
          The Brandywine Building
          1000 West Street, Suite 1540
          Wilmington, DE 19801
          (302) 661-7000 (telephone)

- and -

Jesse H. Austin, III, Esquire
Karol K. Denniston, Esquire
PAUL, HASTINGS, JANOFSKY
& WALKER LLP
600 Peachtree Street, N.E., 24th Floor
Atlanta, GA 30308
(404) 815-2400 (telephone)