# **Exhibit D**

Received from: 302 661 7360 1 Page: 2 of 12 Date: 8/27/2004 11:24:36 AM

# 1082

## UNITED STATES BANKRUPTCY COURT
### For the District of Delaware

**PROOF OF CLAIM**

In re: **Northwestern Corporation**    Case Number: **03-12872 (CGC)**

NOTE: This claim should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Lawrence A Anderson
Howard F Strause
Strause, Anderson & Barer, Pc
18 8th St N Ste 201
Great Falls, MT 59401-3148

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: N/A

☐ replaces
☐ amends    Check here if this claim a previously filed claim, dated: _____

**1. BASIS FOR CLAIM**
☐ Goods sold
☒ Personal injury/wrongful death
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Services performed
☐ Taxes
☐ Wages, salaries, and compensation (Fill out below)
Your social security No. _____
☐ Money loaned
☐ Other (Describe briefly)
Unpaid compensation for services performed from ____ (date) to ____ (date)

**2. Date Debt Incurred (MM/DD/YY):** 07 08 96

**3. If Claim Judgment, Date Obtained:** ___

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ **SECURED CLAIM**
Attach evidence of perfection of security interest.
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other (Describe briefly)
Amount of arrearage and other charges at time case filed included in secured claim above, if any $ ____

☒ **UNSECURED NONPRIORITY CLAIM**
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ **UNSECURED PRIORITY CLAIM** - Specify the priority of the claim.
☐ Wages, salaries, or commissions (up to $4,650), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4)
☐ Up to $2,100 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6)
☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(7)
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ____

**5. AMOUNT OF CLAIM AT THE TIME CASE FILED:**

| (Secured) | (Unsecured Nonpriority) | | (Unsecured Priority) |
|---|---|---|---|
| | 7,200,000.00 * | | |

*disputed claim, please see attachment

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. TIME-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 8-18-04   Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): [signature] Howard F. Strause, Attorney for the Estate of Donald Kovack and Kenneth Kovack

RECEIVED
AUG 27 2004
KURTZMAN CARSON

Received by Kurtzman Carson Consultants LLC on 8/27/2004 at 11:___



0312872040827000000000008

Received from: 302 661 7360 1 Page: 3 of 12 Date: 8/27/2004 11:24:37 AM

## Attachment to Proof of Claim

Claimants are Plaintiffs in litigation in Montana State District Court. The title of the case is *Kenneth Kovack, as personal representative of the Estate of Donald Kovack, Francine Kovack, and Diana Kovack (Colton) v. Northwestern Energy, f/k/a Montana Power Company*, Cause Number BDV-98-430. For your convenience, I have attached a copy of a Court Order dated April 6, 2004, regarding the name of the Defendant. See Exhibit "A". Also for your convenience, I have attached a copy of a Court Order dated May 30, 2002, regarding the name of Defendant. See Exhibit "B".

Plaintiffs sought Seven Million Two Hundred Thousand and No/100 ($7,200,000) dollars in damages. See Statement of Damages attached hereto as Exhibit "C". The claims of Plaintiffs were tried before a jury in the Montana Eighth Judicial District Court. Trial began June 3, 2002 and ended June 10, 2002. The verdict rendered was a defense verdict. The verdict is presently on appeal to the Montana Supreme Court by the Plaintiffs. The Montana Supreme Court case number is 02-399.

This claim is presently disputed.

Any other documents that may be requested by the Court, U.S. Trustee, Creditor's Committee or other party in interest should be requested from:

Strause, Anderson & Barer, P.C.
#18 - 6th Street North, Suite 201
Great Falls, MT 59401
(406) 771-8000 Telephone
(406) 771-7227 Fax

Prior to March 31, 2004, neither Plaintiffs' nor their legal counsel received formal notice of the bankruptcy proceeding involving NorthWestern Corporation or NorthWestern Energy, L.L.C. On March 31, 2004, in the Montana Supreme Court, Plaintiffs' counsel received the first formal notice of filing of bankruptcy by Northwestern Energy, which was filed by W. Wayne Harper, Esq. A copy of that Notice is attached hereto as Exhibit "D".

After receiving the above-referenced Notice from NorthWestern Energy, counsel for the Plaintiffs began searching documents in the NorthWestern Corporation bankruptcy. As of the date of this proof of claim, Plaintiffs' counsel has been unable to find Plaintiffs or their counsel listed as a contingent, unsecured creditor. Additionally, Plaintiffs' counsel has not found the lawsuit listed as a litigation in which NorthWestern Corporation is involved.

According to the Disclosure Statement filed by NorthWestern Corporation in February of 2002, the Debtor, NorthWestern Corporation, completed its acquisition of the electric and natural gas transmission and distribution business of the "Montana Power Company" (the "Montana Operations") for Four Hundred Seventy-Eight Million and No/100 ($478,000,000) dollars in cash

Page 1 of 2

Received by Kurtzman Carson Consultants LLC on 8/27/2004 at 11:24:37 AM

Received from: 302 661 7360 1 Page: 4 of 12 Date: 8/27/2004 11:24:37 AM

and the assumption of Five Hundred Eleven One Hundred Thousand and No/100 ($511,100,000) dollars in existing debt and preferred stock, net of cash received. As a result of the acquisition, from February 15, 2002, the closing date of the acquisition, through November 15, 2002, the Debtor, NorthWestern Corporation distributed electricity and natural gas in Montana through its wholly owned subsidiary, NorthWestern Energy, L.L.C. Effective November 15, 2002, NorthWestern Energy, L.L.C. transferred all of the energy and natural gas transmission and distribution operations and assets and all related liabilities except certain designated liabilities to the Debtor, NorthWestern Corporation and, since that date, the Debtor has operated the Montana operations through its energy division, NorthWestern Energy, L.L.C.

The first notice of NorthWestern Energy's bankruptcy the Plaintiffs or their counsel received was on March 31, 2004. See Attached Exhibit "D". This was approximately two and one-half (2 ½) months after the bar date (January 15, 2004) set by Judge Case in his Order dated October 10, 2003. Due to the fact that the Plaintiffs and their legal counsel did not receive formal notice of the bankruptcy of Northwestern Corporation or NorthWestern Energy, L.L.C., it is respectfully requested that the Judge allow the late filing of this Proof of Claim in this matter.

Respectfully submitted this ____ day of August, 2004.

STRAUSE, ANDERSON & BARER, P.C.

By_____
Howard F. Strause
#18 - 6th Street North, Suite 201
Great Falls, MT 59401
(406) 771-8000
Attorneys for Plaintiffs,

Page 2 of 2

Received from: 302 661 7360 1 Page: 5 of 12 Date: 8/27/2004 11:24:38 AM

**RECEIVED**
APR 9 2004
LAWRENCE A. ANDERSON
ATTORNEY AT LAW

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. 02-399

**FILED**
APR 0 7 2004
*Ed Smith*
CLERK OF THE SUPREME COURT
STATE OF MONTANA

| | |
|---|---|
| KENNETH KOVACK, as personal representative of the Estate of DONALD KOVACK, FRANCINE KOVACK and DIANE KOVACK (COLTON), ) ) ) ) | |
| Plaintiffs and Appellants, ) ) | |
| v. ) ) | ORDER |
| NORTHWESTERN ENERGY, f/k/a MONTANA POWER COMPANY, ) ) ) ) | |
| Defendant and Respondent. ) | |

On March 16, 2004, we issued an order noting that this case had been classified for submission on briefs to a five-justice panel and also noting that on October 10, 2003, an order enforcing the automatic stay provisions of the Bankruptcy Code had been entered in the matter of In re: Northwestern Corporation, Debtor, Case No. 03-12872 (CGC), United States Bankruptcy Court for the District of Delaware. Our order requested that the parties provide reports on the status of this matter, because a notice of bankruptcy filing had not been previously filed herein.

The Respondent has filed a report indicating that it had assumed that Touch America had filed a notice of bankruptcy in this matter, but now realizes that Touch America failed to do so and, therefore, Respondent has now filed a notice of bankruptcy filing. Consequently, this matter shall be stayed pending further notice. Therefore,

IT IS HEREBY ORDERED that this matter is stayed pending the outcome of Respondent's bankruptcy proceeding.

The Clerk is directed to mail a truce copy hereof to counsel of record for the respective parties.

EXHIBIT "A"

1

Received by Kurtzman Carson Consultants LLC on 8/27/2004 at 11 24 38 AM

Received from: 302 661 7360 1 Page: 6 of 12 Date: 8/27/2004 11:24:38 AM

DATED this ___6___ day of April, 2004.

_____

_____

_____

_____
                              Justices

c: Howard + Mike

c: Ken Kovack + Diana Colton

2

Received by Kurtzman Carson Consultants LLC on 8/27/2004 at 11:24:38 AM

Received from: 302 661 7360 1 Page: 7 of 12 Date: 8/27/2004 11:24:38 AM

MONTANA EIGHTH JUDICIAL DISTRICT COURT, CASCADE COUNTY

KENNETH KOVACK,
as personal representative of the Estate of
DONALD KOVACK, FRANCINE KOVACK,
and DIANA KOVACK (COLTON),
    Plaintiffs,

vs.

MONTANA POWER COMPANY,
a Montana corporation,
    Defendant.

No. BDV-98-430

ORDER

This matter was before the Court on May 21, 2002, for hearing on a number of motions. Larry Anderson and Howard Strause represented the Plaintiffs. Robert Pfennings and John Stevenson represented the Defendants. The Court has thoroughly reviewed the briefs of the parties and considered the oral arguments presented. The Court rules as follows.

The Plaintiffs' Motion to Amend Witness List and Exhibit List to add the 2001 Annual Report of the Defendant and to add Robert P. Gannon and J. P. Pederson as witnesses is granted.

The Plaintiffs' Motion to Amend Name of Defendant to Touch America Holdings, Inc. f/k/a Montana Power Company is granted.

The Plaintiffs' Motion to Award Costs is denied.

The Plaintiffs' Motion in Limine #13 is reserved for ruling until such evidence is presented at trial. The Court will entertain objections to the evidence and make a ruling at that time.

The Plaintiffs' Motion to Amend Exhibit List to add a video tape of I-beams is granted.

The Plaintiffs' Motion to Treat Defendant's Employees as Adverse Witnesses is

EXHIBIT
"2"

1  reserved until trial. The Court will make a ruling on whether or not to treat these witnesses
2  as adverse witnesses on a witness by witness basis.
3      In regards to the Plaintiffs' Trial Memorandum concerning Order in Limine #10 and
4  #11, the Court's previous Order on this issue stands.
5      The Defendant's Motion to Strike is denied in light of the Court's ruling on the
6  Plaintiffs' Motion to Amend Witness List and Exhibit List, and the Court's ruling on the
7  Plaintiffs' Motion to Amend Name of Defendant.
8      The Plaintiffs' Motion in Limine #14 is granted concerning testimony that Mr.
9  Kovack was a "safe worker". The motion is denied to the extent that the Defendant will be
10 allowed to present evidence concerning the circumstances regarding the accident.
11     IT IS HEREBY ORDERED that the above rulings are the Order of the Court.
12
13     DATED this _30th_ day of _May_____, 2002.
14                                    _____
                                       DISTRICT COURT JUDGE
15
16 cc:  Lawrence A. Anderson
17      Robert Pfennings

Received from: 302 661 7360 1 Page: 9 of 12 Date: 8/27/2004 11:24:39 AM

Lawrence A. Anderson
Howard F. Strause
Attorney at Law
15 Sixth Street North
P.O. Box 2608
Great Falls, MT 59405
Telephone (406) 727-8466

Attorneys for Plaintiff

## MONTANA EIGHTH JUDICIAL DISTRICT, CASCADE COUNTY

| | |
|---|---|
| KENNETH KOVACK, as personal representative of the Estate of DONALD KOVACK, FRANCINE KOVACK, and DIANA KOVACK (COLTON), <br><br> Plaintiffs, <br><br> v. <br><br> MONTANA POWER COMPANY, a Montana Corporation, <br><br> Defendant. | Cause No. BDV-98-430 <br><br><br><br> STATEMENT OF DAMAGES FOR KENNETH KOVACK, as PERSONAL REPRESENTATIVE OF THE ESTATE OF DONALD KOVACK and DIANA KOVACK |

Following is Plaintiff's statement of damages in accordance with § 25-4-312, M.C.A. The exact nature and extent of the damages are unknown at this time. However, the general categories of damages are as follows:

1. Special Damages for lost wages and funeral expenses in an approximate amount of: $1,200,000.00
2. Compensatory Damages: $ 500,000.00
3. Damages for loss of consortium: $ 500,000.00
4. Punitive Damages: $5,000,000.00

The full nature and extent of these damages and other damages are unknown at this time. Because the nature and extent of the damages in this case are not known at this time, this Court should grant a motion in limine to preclude the Defendants from offering any evidence based on


EXHIBIT "A"

Received from: 302 661 7360 1 Page: 10 of 12 Date: 8/27/2004 11:24:39 AM

this statement or utilizing this statement before a jury in the trial of this cause.

DATED this 10th day of October, 2001.

HOWARD F. STRAUSE
Attorney at Law
#18 Sixth Street North
P.O. Box 2608
Great Falls, MT 59403

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was duly served upon the following by mail, hand delivery, Federal Express, or facsimile transmission, as indicated:

Robert B. Pfennigs
Jardine, Stephenson, Blewett
 & Weaver, P.C.
P.O. Box 2269
Great Falls, MT 59403

Norman H. Grosfield
UTICK & GROSFIELD
P.O. Box 512
Helena, MT 59624-0512

[X] U.S. Mail
[ ] Federal Express
[ ] Hand Delivery
[ ] Facsimile transmission

DATED this 10th day of October, 2001.

Shawna M. Cook, Legal Assistant to Howard F. Strause

Received by Kurtzman Carson Consultants LLC on 8/27/2004 at 11:24:39 AM

Received from: 302 661 7360 1 Page: 11 of 12 Date: 8/27/2004 11:24:40 AM

W. Wayne Harper
40 East Broadway Street
Butte, MT 59701
(406) 497-2257

Attorney for Defendant/Respondent.

RECEIVED
MAR 3 1 2004
LAWRENCE A. ANDERSON
ATTORNEY AT LAW

Case No. 02-399

IN THE SUPREME COURT FOR THE STATE OF MONTANA

KENNETH KOVACK, as personal )
representative of the Estate of DONALD )
KOVACK, FRANCINE KOVACK, and )
DIANA KOVACK (COLTON), )
                                    )
        Plaintiff/Appellant,        )          NOTICE OF
                                    )      BANKRUPTYC FILING
vs.                                 )
                                    )
NORTHWESTERN ENERGY, f/k/a THE )
MONTANA POWER COMPANY,              )
                                    )
                                    )
        Defendant/Respondent.

COMES NOW the Defendant/Respondent, NorthWestern Energy (NWE), a division of NorthWestern Corporation (NOR), and The Montana Power Company, to the extent NWE or NOR are successors in interest herein, and give notice of its filing of a bankruptcy case under 11 U.S.C. Chapter 11, in the U.S. Bankruptcy Court for the District of Delaware, Case No. 03-12872 (D.D.) on the 14th day of September, 2003. The filing of this case stays all action in the case before this Court.

DATED this 30th day of March, 2004.

NorthWestern Energy, a division of
NorthWestern Corporation f/k/a

By: _____
W. Wayne Harper
Attorney for Defendant/Respondent

EXHIBIT
"D"

Received from: 302 661 7360 1 Page: 12 of 12 Date: 8/27/2004 11:24:40 AM

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail, postage prepaid, addressed as follows:

> Lawrence A. Anderson
> P. O. Box 2608
> Great Falls, MT. 59403-2608

DATED this 30th day of March, 2004.

*/s/ Barbara Page*

Page 2 – DEFENDANT'S NOTICE OF BANKRUPTCY

Received by Kurtzman Carson Consultants LLC on 8/27/2004 at 11:24:40 AM