# **Exhibit E**

# UNITED STATES BANKRUPTCY COURT
# DELAWARE

### In re: Touch America Holdings, Inc., et al.

### Register of Proofs of Claim Filed ● Sorted by: Current Creditor Name

| Creditor Name / Address | Case Number / Case Name | Claim Number | Claim Date | Total | *CUD | **Class / ***Totals |
|---|---|---|---|---|---|---|
| 2855 E COTTONWOOD PARKWAY LC 2855 E COTTONWOOD PKWY STE 560 SALT LAKE CITY, UT 84121 | 03-11916 Touch America, Inc. | 214 | 8/25/2003 | $9,740.94 $9,740.94 $9,740.94 | | ( U ) ( T ) [CDT] |
| 2825 E COTTONWOOD PARKWAY LC COTTONWOOD MANAGEMENT SERVICES 2855 E COTTONWOOD PKWY #560 SALT LAKE CITY, UT 84121 | 03-11916 Touch America, Inc. | 2009 | 12/8/2003 | $15,388.33 $15,388.33 $15,388.33 | | ( A ) ( T ) [CDT] |
| 2825 E COTTONWOOD PARKWAY LC 2855 E COTTONWOOD PKWY STE 560 SALT LAKE CITY, UT 84121 | 03-11916 Touch America, Inc. | 677 | 11/4/2003 | $9,740.94 $9,740.94 $0.00 | | ( U ) ( T ) [CDT] |
| 360NETWORKS USA 2 FKA DYNEGY CONNECT ROLF EUGSTER 360NETWORK CORP 1500 1066 W HASTINGS ST VANCOUVER, BC V6E 3X1 CANADA | 03-11916 Touch America, Inc. | 2860 | 12/16/2003 | $38,882.67 $38,882.67 $38,882.67 | [CU] [CU] [CU] | ( S ) ( T ) [CDT] |
| 360NETWORKS USA ROLF EUGSTER 360NETWORK CORP 1500 1066 W HASTINGS ST VANCOUVER, BC V8E 3X1 CANADA | 03-11916 Touch America, Inc. | 2861 | 12/16/2003 | $88,712.50 $88,712.50 $88,712.50 | [CU] [CU] [CU] | ( S ) ( T ) [CDT] |
| AARON, LEVINE 16257 WILLOWSTONE ST PARKER, CO 80134 | 03-11916 Touch America, Inc. | 1843 | 12/2/2003 | $4,650.00 $12,166.19 $16,816.19 $16,816.19 | | ( P ) ( U ) ( T ) [CDT] |
| ABEL, SHIRLEY M 3108 S HOLBROOK AVE SIOUX FALLS, SD 57106-1015 | 03-11915 Touch America Holdings, Inc. | 358 | 10/29/2003 | $3,193.26 $3,193.26 $0.00 | | ( S ) ( T ) [CDT] |
| ABOVENET COMMUNICATIONS INC FKA METROMEDIA FIBER NETWORK 360 HAMILTON AVE WHITE PLAINS, NY 10601 | 03-11915 Touch America Holdings, Inc. | 2996 | 12/17/2003 | $644,960.00 $644,960.00 $0.00 | | ( U ) ( T ) [CDT] |
| ACE LINK TELECOMMUNICATIONS INC 207 E CEDAR ST HOUSTON, MN 55943-0360 | 03-11916 Touch America, Inc. | 2280 | 12/12/2003 | $6,733.89 $6,733.89 $6,733.89 | | ( U ) ( T ) [CDT] |
| ACE TELEPHONE ASSOCIATION 207 E CEDAR ST HOUSTON, MN 55943-0360 | 03-11916 Touch America, Inc. | 2278 | 12/12/2003 | $801.45 $801.45 $801.45 | | ( U ) ( T ) [CDT] |
| ACE TELEPHONE ASSOCIATION 207 E CEDAR ST HOUSTON, MN 55943-0360 | 03-11916 Touch America, Inc. | 2279 | 12/12/2003 | $39,441.65 $39,441.65 $39,441.65 | | ( U ) ( T ) [CDT] |
| ADA COUNTY TREASURER PO BOX 2868 BOISE, ID 83701-2868 | 03-11915 Touch America Holdings, Inc. | 3 | 7/14/2003 | $8,465.99 $8,465.99 $8,465.99 | [U] [U] [U] | ( S ) ( T ) [CDT] |

* [C]: Contingent  [U]: Unliquidated  [D]: Disputed          *This Register of Proofs of Claim Filed is continually subject to audit and update.*
** ( A ): Administrative  ( P ): Priority  ( S ): Secured  ( U ): Unsecured  ( T ): Claimed Total
*** [CT]: Calculated Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
          but does not necessarily represent the total claim as indicated by the creditor.

***[CDT]: Current Deemed Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
          unless the claim has been modified by Order, Stipulation, or Claim Withdrawal.   Then, the modified amount is reflected.

EXHIBIT E

## In re: Touch America Holdings, Inc., et al.

### Register of Proofs of Claim Filed • Sorted by: Current Creditor Name

| Creditor Name / Address | Case Number / Case Name | Claim Number | Claim Date | Total | *CUD | **Class / ***Totals |
|---|---|---|---|---|---|---|
| ENTERPRISE FLEET SERVICES OF DENVER<br>C/O E REBECCA CASE<br>STONE LEYTON & GERSHMAN<br>7733 FORSYTH BLVD<br>STE 500<br>ST LOUIS, MO 63105 | 03-11915<br>Touch America Holdings, Inc. | 3459 | 11/23/2004 | $2,438.94<br>$2,438.94<br>$2,438.94 | | (U)<br>(T)<br>[CDT] |
| ENVENTIS TELECOM INC<br>ATTN THOMAS OLIVERIUS<br>2950 XENIUM LN NORTH<br>#138<br>PLYMOUTH, MN 55441-2623 | 03-11915<br>Touch America Holdings, Inc. | 3415 | 11/16/2004 | $60,700.00<br>$60,700.00<br>$60,700.00 | | (A)<br>(T)<br>[CDT] |
| ENVENTIS TELECOM INC<br>FKA MP TELECOM<br>2950 XENIUM LN N #138<br>PLYMOUTH, MN 55441 | 03-11916<br>Touch America, Inc. | 964 | 11/7/2003 | $75,575.14<br>$75,575.14<br>$75,575.14 | | (U)<br>(T)<br>[CDT] |
| ERHARDT JT TEN WROS, EMIL & AUDREY<br>3712 TOMMY ARMOUR CIR<br>BILLINGS, MT 59106 | 03-11915<br>Touch America Holdings, Inc. | 2356 | 12/12/2003 | $17,707.32<br>$17,707.32<br>$0.00 | | (U)<br>(T)<br>[CDT] |
| ERICKSON LESTER, JEANNE<br>1901 NE 162ND AVE<br>STE D105<br>VANCOUVER, WA 98684-3010 | 03-11915<br>Touch America Holdings, Inc. | 1077 | 11/10/2003 | $18,026.43<br>$18,026.43<br>$0.00 | | (S)<br>(T)<br>[CDT] |
| ERICKSON, DEANNA L<br>1308 NW WESTGATE AVE<br>VANCOUVER, WA 98665 | 03-11915<br>Touch America Holdings, Inc. | 1904 | 12/5/2003 | $2,387.18<br>$2,387.18<br>$0.00 | | (U)<br>(T)<br>[CDT] |
| ERNEST T PEARSON JR TRUST<br>ERNEST T PEARSON JR TTEE<br>2403 BAY BLVD<br>INDIAN ROCKS BEACH, FL 33785-3087 | 03-11915<br>Touch America Holdings, Inc. | 1285 | 11/17/2003 | $9,382.39<br>$9,382.39<br>$0.00 | | (U)<br>(T)<br>[CDT] |
| ERSKINE JT TEN WROS, MERRILL & LUCILLE<br>508 EAST ST<br>WARREN, PA 16365-1719 | 03-11915<br>Touch America Holdings, Inc. | 2026 | 12/8/2003 | $530.00<br>$530.00<br>$0.00 | | (S)<br>(T)<br>[CDT] |
| ESCHELON TELECOM INC<br>ATTN BANKRUPTCY<br>730 2ND AVE S STE 1200<br>MINNEAPOLIS, MN 55402-2456 | 03-11915<br>Touch America Holdings, Inc. | 110 | 7/21/2003 | $1,121.31<br>$1,121.31<br>$1,121.31 | | (U)<br>(T)<br>[CDT] |
| ESTATE OF BERTHA E SVARNY<br>C/O JAMES THORNTON<br>3503 MILLCREEK CR<br>SALT LAKE CITY, UT 84106 | 03-11915<br>Touch America Holdings, Inc. | 2220 | 12/11/2003 | BLANK<br>BLANK<br>$0.00 | | (U)<br>(T)<br>[CDT] |
| ESTATE OF BERTHA SULLIVAN<br>424 E WALNUT ST<br>KENT, WA 98030 | 03-11915<br>Touch America Holdings, Inc. | 3273 | 5/13/2004 | $7,418.24<br>$7,418.24<br>$0.00 | | (U)<br>(T)<br>[CDT] |
| ESTATE OF DONALD & KENNETH KOVACK<br>H STRAUSE & L ANDERSON<br>STRAUSE ANDERSON & BARER<br>18 6TH ST N #201<br>GREAT FALLS, MT 59401-3148 | 03-11915<br>Touch America Holdings, Inc. | 1253 | 11/17/2003 | $7,200,000.00<br>$7,200,000.00<br>$7,200,000.00 | [CUD]<br>[CUD]<br>[CUD] | (U)<br>(T)<br>[CDT] |
| ESTATE OF DONALD WHITE<br>LINDA NEELY PR<br>2504 S MANITO BLVD<br>SPOKANE, WA 99203 | 03-11915<br>Touch America Holdings, Inc. | 2037 | 11/17/2003 | UNASCERTAINABLE<br>UNASCERTAINABLE<br>$0.00 | | (U)<br>(T)<br>[CDT] |

---

* [C]: Contingent  [U]: Uniquidated  [D]: Disputed                 *This Register of Proofs of Claim Filed is continually subject to audit and update.*

** : ( A ): Administrative  ( P ): Priority  ( S ): Secured  ( U ): Unsecured  ( T ): Claimed Total

*** [CT]: Calculated Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
      but does not necessarily represent the total claim as indicated by the creditor.

***[CDT]: Current Deemed Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
      unless the claim has been modified by Order, Stipulation, or Claim Withdrawal.  Then, the modified amount is reflected.