IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **NORTHWESTERN CORPORATION,** | ) Case No. 03-12872 (JLP) |
| | ) |
| Reorganized Debtor. | ) |
| | ) |

**ORDER WITHDRAWING REFERENCE
PURSUANT TO 28 U.S.C § 157(b)(5)**

Upon consideration of NorthWestern Corporation's (the "Debtor") Motion to Withdraw the Reference Pursuant to 28 U.S.C § 157(b)(5) (the "Motion"), seeking to withdraw to the United States District Court for the District of Delaware (the "District Court") resolution of the Debtor's Sixteenth Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 [Personal Injury/Wrongful Death Claims Substantive] (the "Objection"), relating to the personal injury or wrongful death claims of **Douglas Nelson and Shila Fisher (claim no. 512), Roger Rohr and Carol Rohr (claim no. 793), Estate of Orval Meyer (claim no. 944), Kenneth Kovack as Personal Representative for the Estate of Donald Kovack and Diana Kovack (claim no. 1082)** (collectively, the "Claims"), and it appearing that respondents were timely and adequately served with the Motion, and it appearing that good cause exists to grant the relief requested therein with respect to withdrawal of the reference.

IT IS HEREBY ORDERED that reference to the Bankruptcy Court of the Objection hereby is withdrawn.

IT IS FURTHER ORDERED that objections to Claim numbers 512 and 1082 will be determined by the District Court.

IT IS FURTHER ORDERED that objections to Claim numbers 793 and 944 are hereby removed and transferred to the United States District Court for the District of Montana, Butte Division, for purposes of fixing and liquidating the claims.

Dated: _____

UNITED STATES DISTRICT JUDGE