

COPY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | |
| | ) | Case No. 03-12872(JLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |

---

**RESPONSE TO DEBTOR'S: (I) MOTION TO WITHDRAW REFERENCE PURSUANT TO 28 U.S.C. § 157(b)(5); AND (II) SIXTEENTH OMNIBUS OBJECTION TO CLAIMS PURSUANT TO 11 U.S.C. § 502(b) AND FED.R.BANKR.P. 3007 [PERSONAL INJURY/WRONGFUL DEATH CLAIMS—SUBSTANTIVE]**

The claimant, Estate of Orval Meyer, (*Rebecca Meyer, as personal Representative of the Estate of Orval Meyer, Deceased v. The Montana Power Company, L.L.C., and its successor in interests Northwestern Energy, L.L.C. et al.*, Second Judicial District, Silver Bow County, Butte, Montana, Cause No. DV-02-172), respectfully disagrees with the Debtor's statements in paragraph 17, pages 7 & 8 of its Motion to Withdraw Reference and Sixteenth Omnibus Objection to Claims dated January 31, 2005. The claimant asserts that the cause of Mr. Meyer's injuries and death was indeed the Debtor. The allegations of claimant's complaint (as attached to Claim 944 and attached to Debtor's Motion, incorporated herein by this reference) are true and correct.

The Montana Power Company was called upon to make repairs with respect to the overhead heater and related piping and failed to do so. Montana Power Company initiated service orders with respect to service performed by the Montana Power Company servicemen. The Montana Power Company service orders and related documentation show that the involvement of the Debtor was considerably more than that which is represented in Debtor's Motion, paragraph 17, pages 7 & 8.

The attached documentation shows that the Montana Power Company was called to the premises because of "gas odor" with "no leaks found" on October 11, 1994. (See Exhibit A attached). It is clear that the garage where the furnace was located was checked and that the furnace and associated piping was checked. (See Exhibit B attached). Similarly on October 3, 1990, the furnace and associated piping, including the "pilot tubing" were checked by the Montana Power Company. (See Exhibit C attached). On January 3, 1997 and May 23, 1996 the pilot was lit by the Montana Power Company (See Exhibit D attached). Documents from January 31, 1996 show that the unit heater "had been run into" on this previous occasion. (See Exhibit E, attached).

The statement of Barbara Sheridan (See Exhibit F attached) shows the overhead heater was struck by another bus sometime prior to the July 1999 accident and the Montana Power Company was contacted. Obviously the situation was not corrected because the same thing occurred in July of 1999 causing the explosion that killed Orval Meyer.

The total amount claimed is $5,000,000. This is for damages for personal injuries including pain and suffering and wrongful death, the precise amount of will be calculated and explained by our economist witness.

The person possessing ultimate authority to reconcile, settle or otherwise resolve this claim is Rebecca Meyer, as personal representative of the Estate of Orval Meyer, deceased, c/o James P. Harrington, Attorney at Law, 2900 Lexington, Butte, MT 59701, 406-494-2626.

Dated this __12__ day of February, 2005.

By _____
JAMES P. HARRINGTON
Attorney at Law
2900 Lexington
Butte, MT 59701
(406) 494-2626

FRANK BURGESS
Attorney at Law
2801 S. Montana Street
Butte, MT 59701
(406) 782-0484

Attorneys for Estate of Orval Meyer

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify under penalty of perjury that on the 17 day of February, 2005, a copy of the within and foregoing document was mailed, postage prepaid, at Butte, Montana, and directed to the following:

Clerk of US Bankruptcy Court
District of Delaware
Marine Midland Plaza
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Greenberg Traurig, LLP
ATTN: Scott D. Cousins
1000 West Street, Ste. 1540
Wilmington, DE 19801

Paul Hastings Janofsky & Walker, LLP
ATTN: Jesse H. Austin, III.
600 Peachtree Street, N.E., 24th Floor
Atlanta, GA 30308

W. Wayne Harper
Senior Counsel
NorthWestern Energy
40 East Broadway
Butte, MT 59701

Stephen M. Frankino, Esq.
Hughes, Kellner, Sullivan, Alke
40 West Lawrence, Suite A
Helena, MT 59624-1166

_____
James P. Harrington

4

Form No. 0310  1/94

## THE MONTANA POWER COMPANY
### SERVICE ORDER

No. L74232

DATE: 10-11-94    TYPE OF CALL: GAS ✓  ELECTRIC ___    TIME RECEIVED: 8:53 AM/PM

NOTICE TAKEN BY: [signature]    DISPATCHED TO: John Olson    DATE: ___  TIME: ___ AM PM

NAME: Dial A-Ride    ADDRESS: 630 N. Main    TOWN: ___

CALLER'S NAME: Barb    CALLER'S PH. NO.: 2-9333    INSTRUCTIONS: ___

NATURE OF CALL: gas odor

TYPE OF STRUCTURE:  RESIDENTIAL ___   APARTMENT ___   MOBILE HOME ___   COMMERCIAL X   OTHER ___

NATURE OF CALL AS FOUND: No leake found

CARBON MONOXIDE LEVEL IN AMBIENT AIR: 004

WAS OCCUPANT CONTACTED?  YES ✓   NO ___    ADEQUATE COMBUSTION AIR?  YES ✓   NO ___

ADEQUATE CLEARANCE TO COMBUSTIBLES?  YES ___   NO ___    APPLIANCES OR PIPING TAGGED?  YES ___   NO ✓

(If yes, complete tag information on reverse side)

Frank

EXHIBIT
99-1207.039

**TAG INFORMATION**

PIPING SYSTEM: HAZARD _____ WARNING _____ TAG NO. _____ CORRECTIONS NEEDED: _____

APPLIANCE: HAZARD _____ WARNING _____ TAG NO. _____ CORRECTIONS NEEDED: _____
ADJUSTMENTS MADE: _____ ADJUSTMENT MADE: _____

DATE: 10/1/94   TIME: 6:45 PM   SERVICEMAN: Marcinek

OTHER WORK DONE: GO on from furn running in gauge

| FORCED AIR FURNACE | | BOILER | | WATER HEATER | | OTHER |
|---|---|---|---|---|---|---|
| NAME: George | | NAME: | | NAME: | | NAME: |
| MODEL NO: — | | MODEL NO: | | MODEL NO: | | MODEL NO: |
| VENT CO LEVEL: 017 | | VENT CO LEVEL: | | VENT CO LEVEL: | | VENT CO LEVEL: |
| BURNER IGNITION: ok | | BURNER IGNITION: | | BURNER IGNITION: | | BURNER IGNITION: |
| (AIR FILTRATION): | | PUMP OPERATION: | | CONDITION OF BURNER: | | OTHER COMMENTS: |
| CONDITION OF FLUE: OK | | CONDITION OF FLUE: | | CONDITION OF FLUE: | | |
| HEAT EXCHANGER: GOOD | | HEAT EXCHANGER: | | GOOD _____ SOOTED _____ | | |
| SOOTED _____ CRACKED _____ | | SOOTED _____ LEAKING _____ | | RELIEF VALVE LEAKING: | | |
| FURNACE CYCLING ON LIMIT: | | RELIEF VALVE LEAKING: | | | | |
| YES _____ NO X | | YES _____ NO _____ | | YES _____ NO _____ | | |

BACK

Form No. 0310

**The Montana Power Company**
## SERVICE ORDER

Gas ☒
Electric ☐

**No. K895059**

Date: 10-3-90

Name: Helena Bus  Address: 630 N. Main

Call Received From:

Nature of Call: Gas odor

Time Received: 9:06 A.M.  Notice Taken by: MK

Gas Indicator Used - Yes ☐ No ☐

Date: _____  Meter Number: _____  Reading: _____

Condition of Chimney: _____  Was Occupant Contacted? _____  Was Tag Left? _____  Tag No. _____

Nature of Call as Found:

Adjustments Made: Checked with gas trac found leak on pilot tubing repaired and checked

Date: 10-3-90  Time: 9:25 P.M.  Serviceman: _____

Any Additional Work To Be Done  Yes ☐  No ☐

(over)

EXHIBIT
99-1207.040

```
IQ07-END OF DATA
ACCT:   NUM 033030 001 LOC HEL HEL 0845 STATUS A     3/16/81      SORD
NAME:        CITY OF HELENA
SERV ADDR:   630 N LAST CHANCE GULCH ST                           DBIL
SOUTH GARAGE                          HELENA                      MT
*********************  SERVICE ORDER HISTORY  ********************* TRAN
SELECT LINE NUMBER _
LNE  ORDER NBR   TAKEN ON    DESCRIPTION         SRV   STAT  COMPLETED   SVMAN   TNT
 1   99060492    07 15 99    MISC ELEC REQUEST    E     F    07 14 99    34882   001
CMNTS: TURNED OFF BREAKER

 2   99059631    07 14 99    STRUCTURE FIRE       E     F    07 14 99    35639   001
CMNTS: GAS EXPLOSION LEFT ELECTRIC ON

 3   97000970    01 03 97    LIGHT PILOT/SEASON   G     F    01 03 97    33846   001
CMNTS: RELIT PILOT TO FURNACE.

 4   96006142    05 23 96    LIGHT PILOT/SEASON   G     F    05 23 96    42740   001
CMNTS: LIT AND CHECKED. OK.

********************************************************************************
2=RTRN    3=CRFY    4=MENU    5=HELP    6=RSHW    7=BKWD    8=FWD    9=END    12=NEXT
```

EXHIBIT
99-1207.003

NAME: Dial a Ride
ADDRESS: 630 N. Main    Orville
Date Received: 1/31/96
Date Promised: 1 hr Leo / 1 hr Leo
Date Completed: 2/1/96  2/2/96  90

Flame coming at back of unit – Check out

2/1/96

Check unit heater + found it had been running late

Re-thread manifold + change 3/4–1/2 90° elbow
Check for gas leaks
Checked operation + found fan motor not running up to speed
Replace motor
Check operation

7-1550

**MATERIAL**

| No. | | | |
|---|---|---|---|
| 1 | 3/4–1/2 Red. 90° Blk | @33 | 31.97 |
| 1 | motor | | 255.50 |

BILLED
FEB - 7 1996

# Fire Prevention and Investigation Bureau
# City of Helena Fire Department

## VOLUNTARY STATEMENT

I, _Barbra Sheridan_, am not under arrest for, nor am I being detained for any criminal offenses concerning the events I am about to make known to _Dep Fire Marshall Zeller_.

Without being accused of or questioned about any criminal offenses regarding the facts I am about to state, I volunteer the following information of my own free will, for whatever purposes it may serve.

I am _41_ years of age, and live at _1611 Peosta Ave_.

Approx 1 to 2 years the over head heater in the Bus Barn was Damaged by being Hit By Jack Guiple in The Bus while Backing the Bus in the Barn. MT. Power was Contacted to Shut down Gas. And Helena Sheet Work (Hawk) Come And Repaired The unit. This was handled By Carol Meyer.

I have read each page of this statement consisting of _1_ page(s), each page of which bears my signature, and corrections, if any, bear my initials, and I certify that the facts contained herein are true and correct.

_Barbra Sheridan_    _07/14/99_
Signature                Date

_Eugene W. Fish_
Witness

EXHIBIT
99-1207.044