## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 11** |
| | : | |
| **NORTHWESTERN CORPORATION,** | : | **Case No. 03-12872(JLP)** |
| | : | |
| **Debtor.** | : | **Doc Ref No. 2705, 2835** |
| | : | |

### RESPONSE IN OPPOSITION TO DEBTOR'S MOTION TO WITHDRAW REFERENCE PURSUANT TO 28 U.S.C. SECTION 157(b)(5)

Claimants Roger Rohr and Carol Rohr (collectively the "Rohrs") by and through their undersigned counsel, hereby respond in opposition to Debtor's Motion To Withdraw Reference Pursuant to 28 U.S.C. Section 157(b)(5) (the "Motion") on the grounds that the Motion is moot, the reference has already been withdrawn with respect to the Rohrs' personal injury claim against Northwestern Energy, LLC and/or Northwestern Corporation and is currently pending in the Montana Second Judicial District Court, Silver Bow County, having been remanded there by the United States District Court for the District of Montana, Butte Division, and that any objection to the Rohrs' claim that remains subsequent to the Montana litigation, if any, is properly before and should remain before this Court. Debtor incorrectly states that according to Debtor's books and records no liability exists with respect to the Rohrs' claim and, in addition, the Debtor does not have liability to the Rohrs under applicable law and that any injury suffered by Mr. Rohr was not caused by or the fault of the Debtor. To the contrary, Debtor's liability is yet to be determined. Therefore, the Rohrs' claim on file herein should be preserved, and as previously noted, the withdrawal of reference requested by Debtor with respect to the determination of the claim has already been ordered.

In support of its objection the Rohrs' submit the following:

1.      On or about November 4, 2002 the Rohrs filed a Complaint in Montana state court against Northwestern Energy, LLC (See, *Rohr v. Northwestern Energy, LLC* (Cause No. DV-02-283) (See copy of Complaint attached hereto as Exhibit "A").

2.      Northwestern Energy, LLC is either a wholly owned subsidiary of Northwestern Corporation or a "doing business" name of Northwestern Corporation.

3.      In its Chapter 11 Petition dated September 14, 2003, on file herein, Debtor listed Northwestern Energy, LLC as a name used by it in the last 6 years.

4.      Pursuant to the Docket on file herein for the above captioned bankruptcy, Debtor Northwestern Corporation describes itself as "a/k/a Northwestern Energy, LLC".

5.      On or about April 29, 2004 the United States District Court for the District of Delaware issued an Order granting the Rohrs' Motion for Withdrawal of Reference and Transfer to U.S. District Court (See attached Order dated April 29, 2004 as Exhibit "B").

6.      The Rohrs' are presently Plaintiffs in a personal injury lawsuit captioned *Rohr v. Northwestern Corporation*, Case no. CV-04-35BU-SEH, which has been transferred to the United States District Court for the District of Montana, Butte Division (See copy of Order setting status conference dated May 20, 2004 attached hereto as Exhibit "C").

7.      On or about August 19, 2004 the United States District Court for the District of Montana, Butte Division issued an Order remanding the Rhors' case to the Montana Second Judicial District Court, Silver Bow County (See attached Order dated August 19, 2004 as Exhibit "D").

8.      The Rohrs' claim against Northwestern Energy, LLC and/or Northwestern Corporation is currently the subject of litigation in Montana.  As such, the Rohrs' claim must be preserved during the litigation process.

1140953v1

WHEREFORE, Rhors' respectfully request that the Court deny Debtor's Motion, and

grant such other and further relief to Rohrs' as is just and appropriate.

DATED this 24th day of February, 2005.

Montgomery, McCracken, Walker &
Rhoads, LLP

By: /s/ Noel C. Burnham
Noel C. Burnham (DE Bar No. 3483)
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
302/504-7890
302/504/7820 facsimile

and

Molton, Bellingham, Longo & Mather, P.C.
Brent R. Cromley
Douglas James
Thomas A. Mackay
Suite 1900, Sheraton Plaza
P.O. Box 2559
Billings, MT 59103-2559
406/428-7731

Attorneys for Roger and Carol Rhor

1140953v1