IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| NORTHWESTERN CORPORATION, | : | Case No. 03-12872(JLP) |
| | : | |
| Debtor. | : | Doc Ref No. 2705, 2835 |
| | : | |

**CERTIFICATION OF SERVICE OF RESPONSE IN OPPOSITION TO DEBTOR'S MOTION TO WITHDRAW REFERENCE PURSUANT TO 28 U.S.C. SECTION 157(b)(5)**

I hereby certify that on this 28th day of February, 2005, a true and correct copy of the foregoing was served upon the following counsel of record by depositing a true and correct copy thereof in the United States mail, postage prepaid, addressed to:

Scott D. Cousins
William E. Chipman
Greenberg Traurig, LLP
1000 West Street, Suite 1540
Wilmington, Delaware 19801

Jesse H. Austin, III
Karol K. Denniston
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
600 Peachtree Street, NE 24th Floor
Atlanta, George 30308

/s/ Noel C. Burnham
Noel C. Burnham [DE Bar No. 3483]

1140916v2