**File an answer to a motion:**
03-12872-JLP NorthWestern Corporation

# U.S. Bankruptcy Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from Burnham, Noel C. entered on 2/28/2005 at 4:47 PM EST and filed on 2/28/2005
**Case Name:**            NorthWestern Corporation
**Case Number:**          03-12872-JLP
**Document Number:** 2858

**Docket Text:**
Response to -*RESPONSE IN OPPOSITION TO DEBTOR'S MOTION TO WITHDRAW REFERENCE PURSUANT TO 28 U.S.C. SECTION 157(b)(5)* (related document(s)[2705], [2835] ) Filed by Carol Rohr, Roger Rohr (Attachments: # (1) Exhibit A-D# (2) Certificate of Service) (Burnham, Noel)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Response WD.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=2/28/2005] [FileNumber=3488015-0]
[838316a4813ae2dc6ad621a6c5e9054e1314cbc366b190c3fe89a239d5e7aa3445ee
035eacd21d13995ccf244ef19ad0832d0bd00876db5f93f08529f751657f]]
**Document description:**Exhibit A-D
**Original filename:**Exhibits.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=2/28/2005] [FileNumber=3488015-1]
[1ba673db0c2d8875690079ef8f5a6e700f7c019b603e3b6bfe5f99e022ad3fde2da1
b72f7f54da4dc4341b5dd3b48fdc7122f815cdc73b9df332bb2b211d4d53]]
**Document description:**Certificate of Service
**Original filename:**Cert Response WD.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=2/28/2005] [FileNumber=3488015-2]
[45c1a35d1c011eab3a37481da5c6e9b774868bcf62d88edc8ff50faff32542c0d790
f3c8c9cdf38c3189428147c66bc64dfc476d957552be723e73ae1bcb21ac]]

**03-12872-JLP Notice will be electronically mailed to:**

Athanasios E. Agelakopoulos    bankruptcy@ycst.com,

Elihu Ezekiel Allinson III    bankruptcy@pacdelaware.com

Marc Barreca    marcb@prestongates.com, bankruptcyecf@prestongates.com

Elio Battista    battista@blankrome.com

Ian Connor Bifferato    bankruptcy@bbglaw.com

William Pierce Bowden    wbowden@ashby-geddes.com

Al Stevens Brogan    abrogan@state.mt.us, rmchugh@state.mt.us

Charles J. Brown    bankruptcyemail@elzufon.com

Paul D. Brown    brownp@gtlaw.com,

Noel C. Burnham    nburnham@mmwr.com, bankruptcy@mmwr.com;rweiss@mmwr.com;jperri@mmwr.com

Daniel B. Butz    dbutz@mnat.com,

Mary Caloway  mcaloway@klettrooney.com

Marc Stephen Casarino  casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com

William E. Chipman Jr.  bankruptcydel@gtlaw.com

Richard Scott Cobb  cobb@lrclaw.com

Frederick P. Corbit  fcorbit@hewm.com, prichards@hewm.com;mpollock@hewm.com

L. Jason Cornell  jcornell@frof.com, jcornell@frof.com

Victoria Watson Counihan  bankruptcydel@gtlaw.com

Scott D. Cousins  bankruptcydel@gtlaw.com

Richard H. Cross  bankruptcy@crosslaw.com

Donna L. Culver  dculver@mnat.com,

Tobey M. Daluz  daluzt@ballardspahr.com

Charlene D. Davis  bankserve@bayardfirm.com, cdavis@bayardfirm.com

Charlene D. Davis  bankserve@bayardfirm.com, cdavis@bayardfirm.com

Charlene D. Davis  bankserve@bayardfirm.com, cdavis@bayardfirm.com

John D. Demmy  jdd@stevenslee.com,

Stephanie Nolan Deviney  sdeviney@comcast.net,

Ephraim I. Diamond  ediamond@paulweiss.com,

Stephen P. Doughty  steved@ldvlaw.com

Michael Seth Etkin  metkin@lowenstein.com

Richard Jerome Feferman  bankruptcy@mac.com,

David L. Finger  dfinger@delawgroup.com

GianClaudio Finizio  bankserve@bayardfirm.com, gfinizio@bayardfirm.com

John V. Fiorella  jfiorella@archerlaw.com

Stephanie Ann Fox  sfox@klehr.com, mruddy@klehr.com

Craig Evan Freeman  cfreeman@thelenreid.com

Ronald S. Gellert  delawarebankruptcy@escm.com

Talia Gil  tgil@paulweiss.com,

Dan Ginsberg  dginsberg@whitecase.com, ehollander@whitecase.com

Matthew A. Gold  millie@argopartners.net

Kevin Gross  kgross@rmgglaw.com

Kurt F. Gwynne  kgwynne@reedsmith.com, llankford@reedsmith.com

Megan Nancy Harper  harper@lrclaw.com

Donna L. Harris  dharris@crosslaw.com,

Ira L. Herman    ilherman@bryancave.com,

Gregory G. Hesse    ghesse@jenkens.com

Joseph H. Huston Jr.    jhh@stevenslee.com,

David A. Jenkins    daj@skfdelaware.com, mcm@skfdelaware.com

Laura Davis Jones    ljones@pszyjw.com, efile1@pszyjw.com;debefile@pszyjw.com

Susan E. Kaufman    skaufman@hgkde.com

Jennifer A. L. Kelleher    kelleherj@ballardspahr.com

John Henry Knight    knight@rlf.com, RBGroup@RLF.com;Houston@RLF.com;Lugano@rlf.com

Steven K. Kortanek    skortane@klehr.com, msoboles@klehr.com;jlevine@klehr.com

Joseph K. Koury    bankruptcy@bbglaw.com,

Denise Seastone Kraft    dkraft@edwardsangell.com

Carl N. Kunz III    ckunz@morrisjames.com

Adam G. Landis    landis@lrclaw.com

Michael R. Lastowski    mlastowski@duanemorris.com, vlakin@duanemorris.com

Kimberly Ellen Connolly Lawson    klawson@reedsmith.com

Eliot Ramey Layne    rlayne@velaw.com,

Jane M. Leamy    debank@skadden.com;clano@skadden.com;jgrace@skadden.com

David S. Leinwand    dleinwand@amroc.com,

Christopher Todd Lenhart    lenhart.chris@dorseylaw.com,

Neal J. Levitsky    nlevitsky@frof.com

Monica Leigh Loftin    loftinm@gtlaw.com

Thomas G. Macauley    bankr@zuckerman.com,

Kevin J Mangan    kmangan@monlaw.com

Alan S. Maza    mazaa@sec.gov

Michelle Kathleen McMahon    mmcmahon@hewm.com, mm@cblhlaw.com

Dennis A. Meloro    bankruptcydel@gtlaw.com,

Kathleen M. Miller    kmiller@skfdelaware.com, mcm@skfdelaware.com

C. MacNeil Mitchell    cmitchell@winston.com,

Francis A. Monaco Jr.    fmonaco@monlaw.com,
kdalton@walmon.com;jbodnar@monlaw.com;kmangan@monlaw.com;hsasso@walmon.com;CSentman@walmon.com;rmersky@monlaw.com

Herbert W. Mondros    kgross@rmgglaw.com,

Edmon L. Morton    bankruptcy@ycst.com,

Kimberly D. Newmarch    newmarch@rlf.com, rbgroup@rlf.com

Kimberly D. Newmarch    newmarch@rlf.com, rbgroup@rlf.com

Mark J. Packel    packel@blankrome.com, dero@blankrome.com

John C. Phillips    cah@pgslaw.com

Marc Jeffrey Phillips    mphillips@cblh.com

Frederick B. Rosner    frosner@jshllp-de.com, amiles@jshllp-de.com;administrator@jshllp-de.com;mrust@jshllp-de.com

Gary Adam Rubin    garubin@skadden.com, debank@skadden.com

Gary Adam Rubin    garubin@skadden.com, debank@skadden.com;cheaney@skadden.com;vskinner@skadden.com;lamorton@skadden.com

Jennifer Lee Scoliard    jscoliard@klehr.com, EOBYRNE@klehr.com

Laurie Selber Silverstein    bankruptcy@potteranderson.com

Marc F. Skapof    mskapof@paulweiss.com,

Ellen W. Slights    USADE.Bankruptcy@usdoj.gov

Curtis D. Smith    smith@moss-barnett.com,

Warren Howard Smith    wsmith@whsmithlaw.com

George B. South    ggordon@kslaw.com;ahoughton@kslaw.com;sbirbrower@kslaw.com

Eric J. Spett    espett@munsch.com,

Bonnie Steingart    steinbo@ffhsj.com

Bonnie Steingart    christopher.caruso@ffhsj.com

David B. Stratton    strattond@pepperlaw.com, wlbank@pepperlaw.com

Robert Lee Striker    bob.striker@leonard.com,

William David Sullivan    bankruptcyemail@elzufon.com

Eric Michael Sutty    bankserve@bayardfirm.com, esutty@bayardfirm.com

Eric Michael Sutty    bankserve@bayardfirm.com, esutty@bayardfirm.com

Eric Michael Sutty    bankserve@bayardfirm.com, esutty@bayardfirm.com

Eric Michael Sutty    bankserve@bayardfirm.com, esutty@bayardfirm.com

Charles Michael Terribile    bankruptcydel@gtlaw.com

Matthew J. Troy    matthew.troy@usdoj.gov, matthew.troy@usdoj.gov

United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV

Christopher A. Ward    bankserve@bayardfirm.com, cward@bayardfirm.com

Cass Sargent Weil    weilc@moss-barnett.com,

Janet M. Weiss    jweiss@gibsondunn.com

Rachel Lowy Werkheiser    rwerkheiser@pszyjw.com, efile1@pszyj.com

Jason M. Weyand    weyand.jason@pbgc.gov, efile@pbgc.gov

David E. Wilks    wilksde@bipc.com, gamielhn@bipc.com

Jeffrey C. Wisler    jwisler@cblh.com

Etta Rena Wolfe    erw@skfdelaware.com

Etta Rena Wolfe    erw@skfdelaware.com

Rafael Xavier Zahralddin-Aravena    rxza@morrisjames.com, kraulsome@morrisjames.com

**03-12872-JLP Notice will not be electronically mailed to:**

Jesse H. Austin, III
,

D. Scott Barash
2000 L Street, NW
Suite 200
Washington, DC 20036

Johnathan C. Bolton
1301 McKinney
Suite 5100
Houston, TX 77010

Charles E. Boulbol
26 Broadway 17th Floor
New York, NY 10004

William J. Burnett
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

Jim S. Byun
Musick, Peeler & Garrett LLP
One Wilshire Blvd., Suite 2000
Los Angeles, CA 90017

Shawn M. Christianson
Buchalter Nemer Fields & Younger
333 Market Street, 25th Floor
San Francisco, CA 94105-2130

Triel D. Culver
Edwards, Frickle, Anner-Hughes & Cook
1601 Lewis Avenue
Suite 206
Billings, MT 59104-0039

Amanda D. Darwin
Nixon Peabody LLP
101 Federal Street
Boston, MA 02110-1832

Maxon R. Davis
Davis Hatley Haffeman & Tighe, PC
P.O. Box 2103
Great Falls, MT 59403-2103

Laura Davenport Demman
Nebraska Public Service Commission
1200 "N" Street
Suite 300
Lincoln, NE 68509-4927

Michael R. Enright

Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103

John J. Fries
Ryley Carlock & Applewhite
One North Central Avenue
Suite 1200
Phoenix, AZ 85004-4417

Thomas M. Gaa
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Joseph Garemore
Brown & Connery LLP
360 Haddon Ave
Westmont, NJ 08108

James T. Goetz
Goetz & Klimisch
311 West Third Street
P.O. Box 708
Yankton, SD 57078

Lawrence C. Gottlieb
1114 Avenue of the Americas
New York, NY 10036-7798

Harbert Management Corporation and Wilmington Trust Company
,

John R. Harney
O'Donoghue & O'Donoghue
4748 Wisconsin Avenue, N.W.
Washington, DC 20016

W. Wayne Harper
40 East Broadway
Butte, MT 59701

James P. Harrington
Law Office of James P. Harrington
2900 Lexington
Butte, MT 59701

Paul B. Haskel
One World Financial Center
New York, NY 10281-1800

Mary Helen Hellinghausen
17655 Waterview Parkway
Dallas, TX 75252

Evan C. Hollander
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Christopher A. Jones
LeCLAIR RYAN
707 East Main Street
Suite 1100
Richmond, VA 23219

Gary L Kaplan
Fried, Frank, Harris, Shriver &
Jacobson LLP
One New York Plaza
New York, NY 10004

Lawrence Klein
Sedgwick, Detert, Morgan & Arnold LLP
125 Broad St 39th Fl
New York, NY 10004

Allyson Guy Krause
,

Robert L. LeHane
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
rlehane@kelleydrye.com

Ira M. Levee
Lowenstein Sandler P.C.
65 Livingston Avenue
Roseland, NJ 07068
ilevee@lowenstein.com, krosen@lowenstein.com

David L. Mitchell
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Montana Consumer Counsel
McCarter & English LLP
919 Market Street
Suite 1800
P.O. Box 111
Wilmington, DE 19899

Kathryn Reynolds Morton
Liberty Northwest Insurance Corporation
P.O. Box 4400
Portland, OR 97208-4400

DeAnn L. Owen
Office of the Solicitor
755 Parfet Street
Suite 151
Lakewood, CO 80215

Anne Presley
Sedgwick, Debert, Moran & Arnold LLP
125 Broad Street
New York, NY 10004-2400

Patricia Williams Prewitt
Locke Liddell & Sapp LLP
3400 JPMorgan Chase Tower
600 Travis Street
Houston, TX 77002-3095

Qwest Communications Corporation
,

Rex D. Rainach
3622 Government Street
Baton Rouge, LA 70806-5720

Steven E. Sherman
Shearman & Sterling LLP
555 California Street
20th Floor
San Francisco, CA 94104

Jack L. Smith
Holland & Hart LLP
P.O. Box 8749
Denver, CO 80201

Michael W. Spence
36 South State Street
14th Floor
PO Box 45385
Salt Lake City, UT 84145-0385

Howard F. Strause
#18 - 6th Street North
Suite 201
Great Falls, MT 59401