**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

_____

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| **NORTHWESTERN CORPORATION,** | : | **CA 05-cv-00151 JJF** |
| | : | |
| Debtor. | : | **Doc Ref No. 1** |
| _____ | : | |
| In Re: | : | **Chapter 11** |
| | : | |
| **NORTHWESTERN CORPORATION,** | : | **Case No. 03-12872(JLP)** |
| | : | |
| Debtor. | : | **Doc Ref No. 2705, 2835** |
| _____ | : | |

**CERTIFICATION OF SERVICE OF RESPONSE IN OPPOSITION TO DEBTOR'S**
**MOTION TO WITHDRAW REFERENCE PURSUANT TO 28 U.S.C. SECTION**
**157(b)(5) -- DOCUMENT PREVIOUSLY FILED IN BANKRUPTCY COURT DOCKET**
**ON FEBRUARY 28, 2005**

I hereby certify that on this 30th day of March, 2005, two true and correct copies of the attached were served upon the following counsel of record by depositing two true and correct copies thereof in the United States mail, postage prepaid, addressed to:

Scott D. Cousins
William E. Chipman
Greenberg Traurig, LLP
1000 West Street, Suite 1540
Wilmington, Delaware 19801


Jesse H. Austin, III
Karol K. Denniston
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
600 Peachtree Street, NE 24th Floor
Atlanta, George 30308

_____/s/ Noel C. Burnham_____
Noel C. Burnham [DE Bar No. 3483]