IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> NORTHWESTERN CORPORATION, ) <br> ) <br> Debtor. ) <br> ) | Chapter 11 <br><br> Case No. 03-12872 (JLP) |
| NELSON, *et al.*, ) <br> ) <br> Claimants, ) <br> ) <br> v. ) <br> ) <br> NORTHWESTERN CORPORATION, ) <br> ) <br> Debtor. ) | Case No. 05-151 (JJF) |

**RESPONSE OF DOUGLAS NELSON AND SHILA FISHER TO THE DEBTOR'S MOTION TO WITHDRAW THE REFERENCE**

Douglas Nelson and Shila Fisher ("Claimants"), by and through their undersigned counsel, Buchanan Ingersoll PC and Cok, Wheat, Brown & McGarry, PLLP, hereby respond to the *Debtor's Motion to Withdraw Reference Pursuant to 28 U.S.C. § 157(b)(5)* ("Motion to Withdraw") (D.I. 1), as follows:

1. Claimants are plaintiffs in an action currently pending in Montana's Second Judicial District Court, Silver Bow County, as *Douglas Nelson and Shila Fisher vs. Jim Blankenship Construction, Inc., Or Other Name For Which It Does Business; Northwestern Corporation; Northwestern Energy, LLC; The Montana Power, LLC; and John Does I Through V* (Cause No. DV-03-70) (the "Montana Action"). In the Montana Action, Claimants seek damages related to an explosion stemming from a gas line operated by the Debtor on property abutting Claimants' home.

2.  On January 7, 2004, Claimants filed a proof of claim with the Debtor's claims agent, recording an unsecured, nonpriority, contingent and unliquidated claim against the Debtor in the amount of $2,770,000.00, and attaching a copy of the Complaint filed in the Montana Action.

3.  On January 31, 2005, the *Debtor's Sixteenth Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Fed.R.Bankr.P.3007 [Personal Injury / Wrongful Death Claims Substantive]* [D.I. 2829] ("Objection") was filed in the Debtor's bankruptcy case, which is currently pending in the Bankruptcy Court for the District of Delaware as case number 03-12872 (JLP). On February 23, 2005, the *Debtor's Motion to Withdraw Reference Pursuant to 28 U.S.C. § 157(b)(5)* [D.I. 2835] ("Second Motion") was filed in the Bankruptcy Court. In pertinent part, the Objection and Second Motion contested the Debtor's responsibility for Claimants' injuries, and sought to have Claimants' claim determined in the Delaware District Court.

4.  On February 24, 2005, Claimants filed with the Bankruptcy Court the *Motion of Douglas Nelson and Shila Fisher for Relief from Stay and Abstention in Favor of the Second Judicial Circuit Court for the Second District of Montana* (D.I. 2841) ("Stay Relief Motion"). In the Stay Relief Motion, Claimants sought stay relief to permit their personal claims to be determined, fixed and liquidated as part of the ongoing Montana Action, rather than in the Delaware District Court. A copy of the Stay Relief Motion is attached as Exhibit "A" and incorporated by reference.

5.  On March 9, 2005, the Bankruptcy Court entered its *Order Granting Relief from Stay and Abstention in Favor of the Second Judicial District Court for Silver Bow County, Montana* (D.I. 2903) ("Order"), granting relief from stay to permit the Claimants' claim to be

fixed and liquidated in the Montana Action. A copy of the Order is attached as Exhibit "B" and incorporated by reference.

6. On March 14, 2005, the Motion to Withdraw was docketed as D.I. 1 in the above-captioned proceeding, and on March 23, 2005, the case was assigned to this Court.

7. As the Bankruptcy Court has abstained from determination of Claimants' claims in favor of the Montana Court, Claimants respectfully submit that no action should be taken by the District Court until such time as the Montana Court is able to determine, fix and liquidate these claims.

WHEREFORE, Claimants respectfully request that this Court not proceed further with the disposition of the Debtor's Objection with respect to Claimants until such time as the Montana Action is concluded, and grant such other or additional relief as it shall see fit.

Wilmington, Delaware
Dated: May 10, 2005

BUCHANAN INGERSOLL PC

/s/ William D. Sullivan
William D. Sullivan (No. 2820)
1007 N. Orange St., Suite 1110
Wilmington, DE 19801
(302) 428-5500
(302) 428-3996 (fax)

and

COK, WHEAT, BROWN & MCGARRY, PLLP

Michael D. Cok, Esq.
Travis Kinzler, Esq.
35 North Bozeman Avenue
P.O. Box 1105
Bozeman, Montana 59771-1105

Counsel for Claimants
Douglas Nelson and Shila Fisher

3