**EXHIBIT "B"**

Case 1:05-cv-00151-JJF    Document 5-3    Filed 05/10/2005    Page 1 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NORTHWESTERN CORPORATION, ) | Case No. 03-12872 (JLP) |
| ) | |
| Debtor. ) | Related Docket No. _____ |
| ) | |

ORDER GRANTING MOTION FOR
RELIEF FROM STAY AND ABSTENTION IN FAVOR OF THE SECOND
JUDICIAL CIRCUIT COURT FOR SILVER BOW COUNTY, MONTANA

Upon consideration of the Motion Of Douglas Nelson And Shila Fisher For Relief From Stay And Abstention In Favor Of The Second Judicial Circuit Court For Silver Bow County, Montana (the "Motion"); and adequate notice of the Motion having been given; and this Court being fully advised in the premises;

IT IS HEREBY ORDERED, FOUND AND DECREED:

1. The Motion is GRANTED;

2. The automatic stay provided by section 362(a) of title 11 of the United States Code (the "Bankruptcy Code"), shall be modified as of the date of this Order, to permit Douglas Nelson and Shila Fisher ("Movants") to prosecute their claims in the Montana Second Judicial District Court for Silver Bow County, in the pending Action captioned Douglas Nelson and Shila Fisher vs. Jim Blankenship Construction, Inc., Or Other Name For Which It Does Business; Northwestern Corporation; Northwestern Energy, LLC; The Montana Power, LLC; and John Does I Through V, (Cause No. DV-03-70) (the "Action"), as against Northwestern Corporation (the "Debtor") to final judgment, for the purpose of determining all issues of liability and damages, if any, of the parties on their respective claims asserted in the Action.

1

3. Except as expressly provided in this Order, any settlement of or recovery of a judgment for damages in the Action shall be enforceable to the extent of any available insurance proceeds.

4. Except as expressly provided in this Order, the provisions of section 362(a) of the Bankruptcy Code shall remain in full force and effect and shall not be deemed modified or waived in any manner, including, without limitation, the automatic stay of the enforcement of or execution against the Debtors upon any judgment obtained.

Dated: _March 8_, 2005

_____
Hon. John L. Peterson,
United States Bankruptcy Judge

2