## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| NORTHWESTERN CORPORATION, | ) | |
| | ) | **Case No. 03-12872 (JLP)** |
| Debtor. | ) | |
| | ) | |
| | ) | |
| NELSON, *et al.*, | ) | |
| | ) | **Case No. 05-151 (JJF)** |
| Claimants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on May 10, 2005, I electronically filed the *Response Of Douglas Nelson And Shila Fisher To The Debtor's Motion To Withdraw The Reference* with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following attorneys, and that I have served the document on the following parties by Hand Delivery and/or First Class Mail.

William E. Chipman, Jr.
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Jesse H. Austin, III
Karol K. Denniston
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, NE 24th Floor
Atlanta, George 30308

I certify the foregoing to be true and correct under the penalty of perjury.

_____May 10, 2005_____                    _/s/ William D. Sullivan_____
          Dated                                          William D. Sullivan