# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| NORTHWESTERN CORPORATION, | : Bankr. Case No. 03-12872 (JLP) |
| Debtor. | : |
| NORTHWESTERN CORPORATION, | : Civil Case No. 05-00151 (JJF) |
| Plaintiff, | : |
| v. | : |
| DOUGLAS NELSON, et al., | : |
| Claimants. | : |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that William E. Chipman, Jr., Esquire is no longer with the firm of Greenberg Traurig, LLP, counsel for the Plaintiff, Northwestern Corporation, and hereby should be removed from all service lists as counsel to Northwestern Corporation.

PLEASE ENTER the appearances of Victoria W. Counihan, Esquire and Dennis A. Meloro, Esquire of Greenberg Traurig, LLP as counsel for Northwestern Corporation.

Dated: January 26, 2006

GREENBERG TRAURIG, LLP

/s/ Victoria W. Counihan
Victoria W. Counihan (No. 3488)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

CERTIFICATE OF SERVICE

I, Victoria W. Counihan, hereby certify that on the 26th day of January, 2006, a true and correct copy of the *Notice of Withdrawal and Substitution of Counsel* was served upon the parties listed below via First Class, United States Mail.

William D. Sullivan, Esq.
Buchanan Ingersoll PC
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington DE 19801

Noel C. Burnham, Esq.
Montgomery McCracken Walker & Rhoads
300 Delaware Avenue, Suite 750
Wilmington DE 19801

Dated: January 26, 2006                    /s/ Victoria W. Counihan
                                           Victoria W. Counihan (No. 3488)
                                           GREENBERG TRAURIG, LLP
                                           The Nemours Building
                                           1007 North Orange Street, Suite 1200
                                           Wilmington, DE 19801
                                           (302) 661-7000