IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | Bankr. Case. No. 03-12872-JLP |
| NORTHWESTERN CORP., | : | |
| | : | Civil Action No. 05-151-JJF |
| Debtor. | : | |

O R D E R

At Wilmington, this 24 day of February, 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Debtor's Motion To Withdraw Reference Pursuant To 28 U.S.C. § 157(b)(5) (D.I. 1), filed by Northwestern Corporation, is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE